# EXHIBIT "A"