# EXHIBIT "A"

| Utility List | | | | | |
|---|---|---|---|---|---|
| **Utility** | **Account Number** | **Service** | **Address** | **Peak Bill** | **Payment** |
| AT&T Mobility | 287251730056 | Cell | AT&T Mobility, PO Box 6463, Carol Stream, IL 60197 | $2,394.48 | $1,197.24 |
| Comcast Cable | 8499102320078913 | Phone | Comcast, PO Box 8587, Philadelphia, PA 19101 | $823.34 | $411.67 |
| Aqua PA | 0000353040035304 | Water | Aqua PA, PO Box 7029, Philadelphia, PA 19176 | $262.69 | $131.35 |
| Aqua PA | 0000357030035703 | Water | Aqua PA, PO Box 7029, Philadelphia, PA 19176 | $382.25 | $191.13 |
| PECO (Office A) | 5663873111 | Gas | PECO, 2301 Market St., S10-1, Philadelphia PA 19103 | $603.44 | $301.72 |
| PECO (Office D) | 6384014000 | Gas | PECO, 2301 Market St., S10-1, Philadelphia PA 19103 | $2,886.69 | $1,443.35 |
| PECO | 5412724000 | Electric | PECO, 2301 Market St., S10-1, Philadelphia PA 19103 | $1,747.49 | $873.75 |
| PECO | 6285083000 | Electric | PECO, 2301 Market St., S10-1, Philadelphia PA 19103 | $899.66 | $449.83 |
| | | | **TOTALS:** | $10,000.04 | $5,000.02 |