**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,** | : | **Case No. 25-14757 (___)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER EXTENDING DEBTOR'S TIME TO**
**FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**
**PURSUANT TO FED. R. BANKR. P. 1007(c)**

**AND NOW,** upon consideration of the motion for an Order extending, for an additional fourteen (14) days, the Debtor's time to file its schedules of assets and liabilities (the "Schedules") and statement of financial affairs (the "SOFA"), pursuant to Fed. R. Bankr. P. 1007(c) (the "Motion"); and good cause appearing for the entry of this Order, **IT IS ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The time within which the Debtor must file its Schedules and SOFA is hereby extended to and including December 19, 2025.

**BY THE COURT:**

Dated: _____________ ________________________________________

UNITED STATES BANKRUPTCY JUDGE