**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,**[1] | : | **Case No. 25-14757 (___)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**DEBTOR'S MOTION FOR THE SCHEDULING**
**OF AN EXPEDITED HEARING ON "FIRST DAY" MOTIONS**

Dan Lepore & Sons Company. (the "Debtor"), by and through its proposed counsel, Karalis PC, hereby moves this Court for entry of an Order scheduling an expedited hearing on various "First Day" Motions (the "Motion"), and in support thereof, aver as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (M) and (O).

2. Venue is proper in this Court pursuant to 18 U.S.C. § 1409(a).

**BACKGROUND**

3. On the date hereof (the "Petition Date"), the Debtor filed a voluntary petition for relief under Title 11 of the United States Code (the "Bankruptcy Code").

4. The Debtor is operating its business and managing its property as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5. A description of the Debtor's business and the facts precipitating the filing of its Chapter 11 proceeding is set forth in the Declaration of Gregory J. Lepore in Support of Chapter 11 Petition and First Day Motions (the "Lepore Declaration") filed contemporaneously herewith.

[1] The last four digits of the Debtor's federal tax identification number are (3562). The Debtor has an address at 501 Washington Street, Conshohocken, PA 19428.

Those facts, to the extent relevant, are incorporated herein by reference.

6. On the Petition Date, the Debtor filed the following motions (collectively, the "First Day Motions"):

a. Motion of Debtor for Entry of an Order Authorizing the Debtor to (A) Maintain and Use of Existing Bank Accounts, (B) Maintain Existing Business Forms and (C) Granting Related Relief;

b. Motion of Debtor for an Order Pursuant to 11 U.S.C. § 363(c) and Fed. R. Bankr. P. 4001 Authorizing Debtor to Use Cash Collateral and Provide Adequate Protection;

c. Motion of Debtor for an Order (A) Authorizing the Debtor to Pay Certain Pre-Petition (I) Wages, Salaries, Union Dues, Union Benefits, and Other Compensation and (II) Reimbursable Employee Expenses; (B) Confirming that the Debtor may Continue Pre-Petition Employee Programs in the Ordinary Course of Business; and (C) Directing Banks and Other Financial Institutions to Honor all Related Checks and Electronic Payment Requests;

d. Motion of Debtor for Entry of an Order Providing Utility Companies with Adequate Assurance of Payment Pursuant to 11 U.S.C. § 366; and

e. Motion for Entry of an Order Extending Debtor's Time to File Schedules and Statement of Financial Affairs Pursuant to Fed. R. Bankr. P. 1007(c).

## RELIEF REQUESTED AND BASIS THEREFOR

7. Each of the First Day Motions relates to a time critical aspect of the Debtor's business which will result in irreparable harm to the Debtor, its estate and others if the relief requested therein is not granted on an expedited basis, or a related matter necessary for the efficient administration of this chapter 11 case.

8. The Debtor employs thirty-seven (37) employees who are paid on a weekly basis. In order for the business to continue to operate and pay its operating expenses, including its payroll, as they come due, it requires the immediate use of cash collateral.

9. If the Debtor cannot obtain the relief requested in the First Day Motions in a timely fashion, it will be unable to pay its employees or obtain the necessary supplies, possibly forcing

the Debtor to cease operations and resulting in a loss of its revenue.

10. The Debtor will lose revenue if it cannot purchase supplies to fulfill its customer contracts as needed. The Debtor requires an immediate hearing to at minimum authorize the use of cash collateral for the expenditures required for supplies and operating expenses

11. In addition, the Debtor's next payroll is paid to employees on November 26, 2025 for the period from November 17, 2025 through November 23, 2025. As such, the Debtor requests a prompt hearing on authority to pay its pre-petition wages and use of cash collateral as soon as possible.

12. In addition, as set forth in the Lepore Declaration, the Debtor relies heavily upon utility companies for its operations. As such, the Debtor requests a prompt hearing in order to provide adequate assurance of payment to its utility companies so that its operations will not be interrupted.

13. Quite simply, if the Debtor cannot obtain the relief requested in the First Day Motions in a timely fashion, its operations will be compromised.

14. Maintaining the Debtor's business as a going concern is vital to preserving the value of the Debtor's estate for creditors and other parties-in-interest and the relief requested in the First Day Motions is necessary to do so.

15. Consequently, the Debtor requests a hearing on the First Day Motions **on or before November 26, 2025.**

16. Upon the entry of an Order granting the instant Motion (the "Expedited Order"), proposed counsel to the Debtor is prepared to serve (i) this Motion, (ii) the Expedited Order, (iii) Notice of Date of Expedited Hearing, Matters that will be heard at the Expedited Hearing and How to Respond (in the form attached hereto as Exhibit "A" and made a part hereof), (iii) the First Day Motions, and (iv) the Lepore Declaration via e-mail, facsimile transmission, Federal Express or

overnight mail upon: (i) the Office of the United States Trustee, (ii) all other parties affected by the Motions (by serving their counsel, if known), and (iii) the Debtor's twenty (20) largest unsecured creditors.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an Order granting the Motion and for such other relief as the Court deems just and appropriate under the circumstances.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ *Aris J. Karalis*
ARIS J. KARALIS
ROBERT W. SEITZER
ROBERT M. GREENBAUM
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
akaralis@karalislaw.com
rseitzer@karalislaw.com
rgreenbaum@karalislaw.com

*Proposed Attorneys for the Debtor*

Dated: November 21, 2025