# **EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,**[1] | : | **Case No. 25-14757 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**VERIFIED STATEMENT OF GREGORY HARRIS, MBA IN SUPPORT OF APPLICATION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF ASTERION, INC. AS FINANCIAL ADVISORS PURSUANT TO 11 U.S.C. §§ 327 AND 328 AND FED. R. BANKR. P. 2014**

Gregory Harris, MBA, hereby declares, under penalty of perjury that:

1. I am a principal of Asterion, Inc. ("Asterion").

2. This Verified Statement is submitted in support of the Application of Debtor for Entry of an Order (I) Authorizing the Retention of Asterion, Inc. as Financial Advisors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and (II) Authorizing the Payment of a Post-Petition Retainer.

3. Except as set forth herein, Asterion has no connection with the Debtor, its creditors or any other party in interest.

4. Asterion is not a creditor of the Debtor and never received any payments from the Debtor.

5. On November 20, 2025, Asterion received the sum of $20,000.00 on account of a retainer. Asterion received no other payments on or within ninety (90) days prior to the Petition Date. The retainer was funded by the Debtor.

6. The Local Bankruptcy Rule 2014-1(b) information is as follows:

[1] The last four digits of the Debtor's federal tax identification number are (3562). The Debtor has an address at 501 Washington Street, Conshohocken, PA 19428.

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| November 20, 2025 | $20,000.00 | $0.00 | $9,137.50 | $10,862.50 |

7. Asterion does not hold nor represent any interests adverse to the Debtor, its creditors or estate in this matter, and is a disinterested person within the meaning of 11 U.S.C. § 101(14) in that Asterion, its shareholders and associates:

a. are not creditors, equity security holders or insiders of the Debtor;

b. are not and were not, within two (2) years before the date of this Verified Statement, a director, officer or employee of the Debtor;

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

8. Pursuant to § 504 of the Bankruptcy Code, no agreement or understanding exists between Asterion or any other person to share any compensation or reimbursement of expenses to be paid to Asterion in this proceeding.

9. Except as set forth herein, to the best of my knowledge at this time, Asterion has no connection with the Debtor, its creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

10. Asterion intends to continue its conflict search if and when additional creditors and parties-in-interest are known. If any new, relevant facts or relationships are discovered or arise, I

shall file and serve a Supplemental Verified Statement promptly.

**ASTERION, INC.**

By:____________________________
Gregory Harris, MBA

Dated: November 21, 2025