**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,**[1] | : | **Case No. 25-14757 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER APPROVING APPLICATION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF ASTERION, INC. AS FINANCIAL ADVISORS PURSUANT TO 11 U.S.C. §§ 327 AND 328 AND FED. R. BANKR. P. 2014**

**AND NOW,** upon consideration of the Application (the "Application") of Debtor for entry of an Order authorizing the retention of Asterion, Inc. ("Asterion") as the Debtor's financial advisors in this proceeding; and the Court having considered the Application and the Verified Statement of Gregory Harris, MBA in support thereof; and the Court being satisfied that Asterion does not hold nor represent any interest adverse to the Debtor, its estate or creditors, and is a disinterested person within the meaning of §§ 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the estate; and for good cause shown,

**IT IS ORDERED,** as follows:

1. The Application is **APPROVED**.

2. The retention of Asterion as financial Advisors for the Debtor is hereby authorized and approved effective as of the date the Application was filed with the Court.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

[1] The last four digits of the Debtor's federal tax identification number are (3562). The Debtor has an address at 501 Washington Street, Conshohocken, PA 19428.

3. Any and all compensation to be paid to Asterion for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, and/or any alternative arrangement for interim compensation as may be authorized by the Court.

**BY THE COURT:**

Dated: ________

________________________________
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE