# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,[1]** | : | **Case No. 25-14757 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**VERIFIED STATEMENT OF ARIS J. KARALIS, ESQUIRE, PURSUANT TO §§ 327, 329 AND 504 OF THE BANKRUPTCY CODE, AND DISCLOSURE PURSUANT TO FED.R.BANKR.P. 2014(a) AND 2016(b)**

ARIS J. KARALIS, of full age, being duly sworn according to law, upon his oath, deposes and states:

1. I submit this Verified Statement pursuant to §§ 327, 329 and 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2014(a) and 2016(b) in support of the Application of Dan Lepore & Sons Company (the "Debtor"), as debtor and debtor-in-possession for entry of an order authorizing and approving the employment of Karalis PC as counsel to the Debtor pursuant to 11 U.S.C. § 327(a).

2. The information contained in this statement is true and correct to the best of my knowledge and belief.

3. I am an attorney-at-law, duly admitted to practice in the Commonwealth of Pennsylvania and in this Court, and I am a shareholder of Karalis PC ("KPC"), with offices at 1900 Spruce Street, Philadelphia, PA 19103.

4. On the date hereof (the "Petition Date"), the Debtor filed a voluntary petition for relief under Title 11 of the United States Code.

5. Unless otherwise stated in this statement, I have personal knowledge of the facts

[1] The last four digits of the Debtor's federal tax identification number are (3562). The Debtor has an address at 501 Washington Street, Conshohocken, PA 19428.

hereinafter set forth.

6. Neither KPC, nor any shareholder, partner, of counsel, or associate thereof, has received any promises of compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. KPC has not shared, nor agreed to share, any compensation it has received or may receive with another party or person, other than with the shareholder, partners, of counsel and associates of KPC, nor has KPC agreed to share any compensation that any other person or party has received or may receive.

7. The current hourly rates[2] of the attorneys that have provided and that KPC anticipates will continue to provide, legal services to the Debtor are as follows:

| | | |
|---|---|---|
| a. | Aris J. Karalis | $675.00 |
| b. | Robert M. Greenbaum | $575.00 |
| c. | Robert W. Seitzer | $525.00 |
| d. | Jill Hysley | $180.00 |

8. Consistent with KPC's policy with respect to its clients, KPC will continue to charge the Debtor for all other services provided and for all other charges and disbursements including, among other things, telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees relating to trials and hearings.

9. On November 18, 2025, KPC received from the Debtor the sum of $100,000.00 as a retainer for the Chapter 11 filing fee and services rendered to the Debtor's restructuring efforts, and in connection with preparing this bankruptcy case. KPC received no other payments on or within ninety (90) days prior to the Petition Date. The retainer was paid by the Debtor.

[2] These rates are subject to periodic review and adjustment.

10. The Local Bankruptcy Rule 2014-1(b) information is as follows:

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt[3] | Amount Remaining on Petition Date |
|---|---|---|---|---|
| November 18, 2025 | $100,000.00 | $1,957.50 | $48,173.03 | $49,869.47 |

This payment was made in advance of or substantially contemporaneously with the services rendered.

11. As of the Petition Date, the Debtor does not have any outstanding balance owed to KPC.

12. Prior to the execution of this statement, KPC did a search of its client records for potential conflicts. KPC has reviewed the Debtor's list of unsecured creditors and accounts payable; the Debtor's officers, and directors; the Debtor's other professionals, and utility providers and has determined that during the past two-year period prior to the Petition Date; KPC has no potential conflicts.

13. Except as set forth herein, neither I, KPC, nor any shareholder, partner, of counsel or associate of the firm has any connection with the Debtor, its creditors or any other party in interest.

14. KPC does not hold nor represent any interests adverse to the Debtor, its creditors or estate in this matter, and is a disinterested person within the meaning of 11 U.S.C. § 101(14) in that KPC, its shareholder, partners, of counsel and associates:

a. are not creditors, equity security holders or insiders of the Debtor;

b. are not and were not, within two (2) years before the date of this statement, a director, officer or employee of the Debtor;

[3] Includes costs totaling $2,123.78 including the filing fee of $1,738.00.

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

15. KPC intends to continue its conflict search if and when additional creditors and parties-in-interest are known. If any new, relevant facts or relationships are discovered or arise, KPC shall file and serve a Supplemental Verified Statement promptly.

16. Pursuant to § 504 of the Bankruptcy Code, no agreement or understanding exists between KPC or any other person to share any compensation or reimbursement of expenses to be paid to KPC in this proceeding.

17. To the best of my knowledge at this time, KPC has no connection with the Debtor, its creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

I hereby declare that the statements set forth herein are true and that, if any of the statements are willfully false, I am subject to punishment.

/s/ *Aris J. Karalis*
ARIS J. KARALIS

Dated: November 21, 2025