**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,** | : | **Case No. 25-14757 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING THE EMPLOYMENT OF KARALIS PC AS COUNSEL FOR THE DEBTOR**

**AND NOW,** upon consideration of the Application of Debtor pursuant to Section 327(a) of the Bankruptcy Code for authority to employ Karalis PC ("KPC") as counsel for the Debtor (the "Application"); and the Court having considered the Application and the Verified Statement of Aris J. Karalis, Esquire in support thereof; and the Court being satisfied that KPC does not hold nor represent any interest adverse to the above captioned debtor (the "Debtor"), or to its estate in the matters upon which it is to be engaged, and is a disinterested person within the meaning of §§ 327 and 101(14) of the Bankruptcy Code, and it appearing that KPC's employment is necessary and would be in the best interests of the Debtor, its estate and creditors; and for good cause shown,

**IT IS ORDERED,** that:

1. The Application is **APPROVED**.

2. The Debtor is authorized to employ KPC as its attorneys to represent it in the above captioned case under Title 11 of the United States Code pursuant to the terms of the Application, in all matters relating to the Debtor's bankruptcy case, effective as of the date of the commencement of this case.

3. Any and all compensation to be paid to KPC for services rendered on the Debtor's behalf shall be fixed by application to this Court in accordance with §§ 330 and 331 of the Bankruptcy Code, such Rules of Local and Federal Bankruptcy Procedure as may then be applicable, and/or any alternative arrangement for interim compensation as may be authorized by the Court.

**BY THE COURT:**

Dated: ____________

_________________________________________
ASHELY M. CHAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE