**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DAN LEPORE & SONS COMPANY,**[1] | : | **Case No. 25-14757 (AMC)** |
| | : | |
| **Debtor.** | : | |
| | : | |

**COMPENSATION DISCLOSURE NOTICE OF DEBTOR**
**PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1(b)**

**TO: THE OFFICE OF THE U.S. TRUSTEE, TWENTY LARGEST UNSECURED CREDITORS, AND FED. R. BANK. P. 2002 PARTIES; NOTICE IS HEREBY GIVEN THAT:**

Dan Lepore & Sons Company (the "Company" and the "Debtor") compensates its officers as follows:

## I. POSITION, TITLE, AND DUTIES OF OFFICERS

1. **Gregory Lepore, Jr.** Gregory Lepore, Jr. ("Mr. Lepore") serves as the Debtor's Executive Vice President and Assistant Secretary. As the Debtor's Executive Vice President and Assistant Secretary, Mr. Lepore performs the following principal duties:

(a) production of business, including estimating, negotiating and contracting new work;

(b) all aspects of project management, including review and evaluation of project costs, profitability and overhead;

(c) overseeing warehouse operations in conjunction with the Company's general superintendents; and

(d) all functions of the Company secretary and any additional duties as determined and directed by the Company's President and/or Board of Directors.

2. **Julius A. Tarsi.** Julius A. Tarsi ("Mr. Tarsi") serves as the Debtor's Executive Vice President and Assistant Treasurer. As the Debtor's Executive Vice President and Assistant Treasurer, Mr. Tarsi performs the following principal duties:

[1] The last four digits of the Debtor's federal tax identification number are (3562). The Debtor has an address at 501 Washington Street, Conshohocken, PA 19428.

(a) production of business, including estimating, negotiating and contracting new work;

(b) all aspects of project management, including review and evaluation of project costs, profitability and overhead;

(c) overseeing warehouse operations in conjunction with the Company's general superintendents; and

(d) all functions of the Company treasurer and any additional duties as determined and directed by the Company's President and/or Board of Directors.

3. **Tamie Barsky.** Tamie Barsky ("Ms. Barsky") serves as the Debtor's Chief Operating Officer. As the Debtor's Chief Operating Officer, Ms. Barsky performs the following principal duties:

(a) administration and oversight of all aspects of the Company's accounting, payroll and bookkeeping functions;

(b) administrator and liaison to the Company's public accountants, banks, bonding company and insurance brokers;

(c) review of project costs and overhead costs to determine profitability as a function of project billing and percentage of project completion;

(d) payroll functions for union and non-union employees, payment functions for all goods and services and for all other normal operations of business; and

(e) additional duties as determined and directed by the Company's President and/or Board of Directors.

## II. CURRENT COMPENSATION AND BENEFITS PAID TO OFFICERS

1. **Mr. Lepore.** In consideration for providing the services set forth above, the Debtor provides to Mr. Lepore (a) salary in the gross amount of $3,065.60 which is paid weekly with all employees, (b) mileage expense reimbursement for local business-related travel which is paid on a weekly basis (c) normal and customary benefits provided to employees which includes participation in the Company's health insurance plan, and (d) at the sole discretion of the

Company's board of directors, eligibility to receive an incentive bonus, if, and only if, there is a year-end net profit determined by the Company's Board of Directors.

2. **Mr. Tarsi.** In consideration for providing the services set forth above, the Debtor provides to Mr. Tarsi (a) salary in the gross amount of $3,065.60 which is paid weekly with all employees, (b) mileage expense reimbursement for local business-related travel which is paid on a weekly basis (c) normal and customary benefits provided to employees which includes participation in the Company's health insurance plan, and in his case, reimbursement of his health insurance premium, and (d) at the sole discretion of the Company's board of directors, eligibility to receive an incentive bonus, if, and only if, there is a year-end net profit determined by the Company's Board of Directors.

3. **Ms. Barsky.** In consideration for providing the services set forth above, the Debtor provides to Ms. Barsky (a) salary in the gross amount of $3,065.60 which is paid weekly with all employees, (b) normal and customary benefits provided to employees which includes participation in the Company's health insurance plan, and in her case, reimbursement of her health insurance premium, and (c) at the sole discretion of the Company's board of directors, eligibility to receive an incentive bonus, if, and only if, there is a year-end net profit determined by the Company's Board of Directors.

## III. COMPENSATION AND BENEFITS PAID TO OFFICERS WITHIN ONE YEAR PRIOR TO THE PETITION DATE

| OFFICER | 90 DAYS PRIOR TO PETITION DATE | 180 DAYS PRIOR TO PETITION DATE | 1 YEAR PRIOR TO PETITION DATE |
|---|---|---|---|
| Mr. Lepore[2] | Gross salary in the amount of $3,065.60 paid weekly, mileage expense reimbursement for local business-related travel paid weekly and health benefits. | Gross salary in the amount of $3,065.60 paid weekly, mileage expense reimbursement for local business-related travel paid weekly and health benefits. | Gross salary in the amount of $3,365.40 paid weekly, mileage expense reimbursement for local business-related travel paid weekly and health benefits. |

[2] Mr. Lepore also received a 2024 year-end incentive bonus in the gross amount of $45,648.00 on February 2, 2025.

| OFFICER | 90 DAYS PRIOR TO PETITION DATE | 180 DAYS PRIOR TO PETITION DATE | 1 YEAR PRIOR TO PETITION DATE |
|---|---|---|---|
| Mr. Tarsi[3] | Gross salary in the amount of $3,065.60 paid weekly, mileage expense reimbursement for local business-related travel paid weekly and health benefits. | Gross salary in the amount of $3,065.60 paid weekly, mileage expense reimbursement for local business-related travel paid weekly and health benefits. | Gross salary in the amount of $3,365.40 paid weekly, mileage expense reimbursement for local business-related travel paid weekly and health benefits. |
| Ms. Barsky[4] | Gross salary in the amount of $3,065.60 paid weekly, and health benefits. | Gross salary in the amount of $3,065.60 paid weekly, and health benefits. | Gross salary in the amount of $3,365.40 paid weekly, and health benefits. |

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Aris J. Karalis

ARIS J. KARALIS
ROBERT W. SEITZER
ROBERT M. GREENBAUM
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
akaralis@karalislaw.com
rseitzer@karalislaw.com
rgreenbaum@karalislaw.com

*Attorneys for the Debtor*

Dated: December 12, 2025

[3] Mr. Tarsi also received a 2024 year-end incentive bonus in the gross amount of $45,648.00 on February 2, 2025.

[4] Ms. Barsky also received a 2024 year-end incentive bonus in the gross amount of $45,648.00 on February 2, 2025.